# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

LUIS URIARTE LUGO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden; KRISTI NOEM, Secretary of Homeland Security; PATRICK DIVVER, ICE/ERO Field Office Director,

Respondents.

Case No.: 26cv0796 DMS JLB

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a return to the Petition in which they concede Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing. Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order. On or before **March 16, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.

1

In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  March 5, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0796 DMS JLB